# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DENARD BAILEY, | No. 4:18-CV-00895 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| WARDEN, | |
| Respondent. | |

## ORDER

**APRIL 8, 2019**

On February 13, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court transfer Michael Denard Bailey's 28 U.S.C. § 2241 petition to the United States District Court for the Middle District of North Carolina. No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error. Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed). Regardless of whether timely objections are made, district courts may accept, not accept, or modify—in whole or in part—the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1);

Local Rule 72.31. This Court has reviewed the Report and Recommendation and has found no clear error on the face of the record. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 6) is **ADOPTED IN ITS ENTIRETY**;

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Middle District of North Carolina; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge